IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JUAN GUEVARA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:07-CV-835 TS |

On October 30, 2007, Plaintiff filed his Complaint.[1] This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).[2] The Magistrate Judge issued a Report and Recommendation on February 23, 2010.[3] This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that the ALJ's decision be affirmed because it is supported by substantial evidence and is free of legal error.

---

[1]Docket No. 3.

[2]Docket No. 6.

[3]Docket No. 12.

1

Pursuant to 28 U.S.C. § 636(b), a party has 14 days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's February 23, 2010 Report and Recommendation (Docket No. 12) is ADOPTED IN FULL. It is further

ORDERED that the ALJ's decision is affirmed.

The Clerk of Court is ordered to close this case forthwith.

DATED this 15th day of March, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge